1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9  —o0o—

10 ANTONIO FIGUEROA,                    CASE NO. 2:08-CV-1482-EFB

11         Plaintiff,                   **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO**
12 vs.                                  **DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**
13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
           Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the

18 request is hereby APPROVED.

19     Plaintiff shall file his reply on or before June 18, 2009.

20     SO ORDERED.

21 DATED:  June 15, 2009.

22                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
   ---
   1
   STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION
                                 FOR SUMMARY JUDGMENT