IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO FIGUEROA,

        Plaintiff,                      No. CIV S-08-1482 MCE EFB

     vs.

MICHAEL J. ASTRUE,            ORDER
Commissioner of Social Security,

        Defendant.
_____/

      On June 16, 2010, plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Dckt. No. 35. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that, on or before September 1, 2010, defendant shall (1) file a stipulation and proposed order resolving plaintiff's fee motion, or (2) file an opposition in response to plaintiff's motion.

      SO ORDERED.

DATED: August 11, 2010.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE