BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN
Special Assistant United States Attorney
   Social Security Administration
   333 Market Street, Suite 1500
   San Francisco, CA 94105
   Telephone: (415) 977-8939
   Facsimile: (415) 977-0134
   E-mail: Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO FIGUEROA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | NO. CV 08-01482-MCE-EFB<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE A STIPULATION AND PROPOSED ORDER OR AN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for filing of the Defendant's stipulation resolving or an opposition to Plaintiff's petition for attorney fees shall be extended until October 7, 2010.

DATED: September 9, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE